Argued October 6, affirmed November 10, 1966

## STATE OF OREGON *v.* RAYMOND
## DAVIDSON
419 P. 2d 942

*R. Dale Kneeland,* Portland, argued the cause and filed a brief for appellant.

*Jacob B. Tanzer,* Deputy District Attorney, Portland, argued the cause for respondent. On the brief were George Van Hoomissen, District Attorney, and George M. Joseph, Deputy District Attorney, Portland.

Before McAllister, Chief Justice, and Sloan, Goodwin, Holman and Lusk, Justices.

PER CURIAM.

The defendant appeals from a conviction of the crime of unlawfully selling shares of the capital stock of a corporation which had not been registered with

the Oregon Corporation Commissioner, in violation of ORS 59.130. Defendant's sole contention is that he is entitled to reversal because the court denied his motion for a continuance. There is no proper assignment of error in the brief as required by Rule 19. The motion for continuance is not set out in substance, or otherwise. Rule 19 provides: "Assignments of error which the court can consider only by searching the record for the proceedings complained of will not be considered." This is such a case and we will not consider the alleged error.

The judgment is affirmed.